JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FENDICK, | Case No: 2:16-cv-05192-RGK-RAO |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: September 6, 2016

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE